# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WYATT ALLEN, an individual;<br><br>　　　　　　Plaintiff,<br>vs.<br><br>PARKWAY SPRINGS ANIMAL HOSPITAL, LTD DOES 1-10; and ROE CORPORATIONS, COMPANIES AND /OR PARTNERSHIPS 11-20, inclusive;<br><br>　　　　　　Defendants. | Case No.: 2:16-cv-01698-JCM-GWF<br><br>**[PROPOSED]** ORDER GRANTING MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST |

THIS MATTER came before the Court on the Plaintiff's Motion to Remove Former Counsel from CM/ECF Service List. Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT Oscar Peralta, Esq. (operalta@gabroy.com) be removed from the CM/ECF service list and have no further need to receive CM/ECF notification or mail in this case.

IT IS SO ORDERED:

_____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

DATED: 08/10/2016

*GABROY LAW OFFICES*
*170 S. Green Valley Pkwy., Suite 280*
*Henderson, Nevada 89012*
*(702) 259-7777  FAX: (702) 259-7704*