KAMER ZUCKER ABBOTT
Jen J. Sarafina          #9679
Kaitlin H. Ziegler       #13625
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
jsarafina@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant
Parkway Springs Animal Hospital, Ltd.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WYATT ALLEN, | Case No. 2:16-cv-01698-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION** |
| PARKWAY SPRINGS ANIMAL HOSPITAL, LTD., DOES 1-10; and ROE CORPORATIONS, COMPANIES AND/OR PARTNERSHIPS 11-20, inclusive | **(First Request)** |
| Defendants. | |

The parties, by and through their respective counsel of record, stipulate and request that the Court vacate the Early Neutral Evaluation Session ("ENE") currently set for October 21, 2016 and reschedule said ENE to December 2, 2016, before United States Magistrate Judge C.W. Hoffman, Jr. In support of this Stipulation and Request, the parties state as follows:

1. On August 26, 2016, the Court entered an Order scheduling the ENE. (Docket No. 17).

2. Representative for Defendant with settlement authority will be out of state on October 21, 2016 due to pre-planned travel.

3. Counsel for Defendant requested and Plaintiff agreed to reschedule the ENE to a mutually available date.

4. Staff of counsel for Defendant contacted the Courtroom Administrator to determine a new date for the ENE. One of the dates provided was December 2, 2016, which was acceptable to Plaintiff.

5. This request to reschedule the ENE is not sought for any improper purpose or other reason of delay. Rather, it is sought only due to a pre-existing scheduling conflict for Defendant's representative when he will be traveling out of state.

6. This is the first request to reschedule the ENE.

WHEREFORE, the parties respectfully request that the Court reschedule the current ENE date from October 21, 2016 to December 2, 2016.

DATED this 29th day of September, 2016.                DATED this 29th day of September, 2016.

GABROY LAW OFFICES                                     KAMER ZUCKER ABBOTT

By:  /s/ Christian Gabroy                              By:  /s/ Kaitlin H. Ziegler
     Christian Gabroy         #8805                         Jen J. Sarafina          #9679
     The District at Green Valley Ranch                    Kaitlin H. Ziegler        #13625
     170 South Green Valley Parkway,                       3000 West Charleston Boulevard,
     Suite 280                                             Suite 3
     Henderson, Nevada 89012                               Las Vegas, NV 89102
     Phone (702) 259-7777                                  Phone (702) 259-8640
     Fax (702) 259-7704                                    Fax (702) 259-8646
     *Attorney for Plaintiff*                              *Attorneys for Defendant*

IT IS ORDERED that the Early Neutral Evaluation set for Friday, October 21, 2016, is reset for Friday, December 2, 2016. Plaintiff must report to Judge Hoffman's chambers at 8:30 a.m. Defendant must report to Judge Hoffman's chambers at 9:00 a.m. Evaluation statements must be delivered to chambers by 12:00 p.m. on Wednesday, November 23, 2016.

October 3, 2016
_____                                   _____
**DATE**                                               **UNITED STATES MAGISTRATE JUDGE**