KAMER ZUCKER ABBOTT
Jen J. Sarafina            #9679
Kaitlin H. Ziegler         #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
jsarafina@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant
Parkway Springs Animal Hospital, Ltd.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WYATT ALLEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PARKWAY SPRINGS ANIMAL HOSPITAL, LTD., DOES 1-10; and ROE CORPORATIONS, COMPANIES AND/OR PARTNERSHIPS 11-20, inclusive<br><br>　　　　　Defendants. | Case No. 2:16-cv-01698-JCM-GWF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise agreed.

///

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise agreed.

DATED this 16th day of December, 2016.

GABROY LAW OFFICES

By: _____
Christian Gabroy         #8805
Kaine Messer             #14240
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
Phone (702) 259-7777
Fax (702) 259-7704
*Attorneys for Plaintiff*
*Wyatt Allen*

KAMER ZUCKER ABBOTT

By: _____
Jen J. Sarafina          #9679
Kaitlin H. Ziegler       #13625
3000 West Charleston Boulevard,
Suite 3
Las Vegas, NV 89102
Phone (702) 259-8640
Fax (702) 259-8646

*Attorneys for Defendant*
*Parkway Springs Animal Hospital*

**ORDER**

IT IS SO ORDERED.

DATE: December 21, 2016

_____
UNITED STATES DISTRICT COURT JUDGE